UNITED STATES DISTRICT COURT
District of New Jersey

RECEIVED

AUG 3 0 2017

AT 8:30 _____ M
WILLIAM T. WALSH
CLERK

UNITED STATES OF AMERICA

v.

CASE NUMBER  3:17-CR-00103-FLW-1

JOHN SCHOLTZ

Defendant.

## JUDGMENT IN A CRIMINAL CASE
(For Offenses Committed On or After November 1, 1987)

The defendant, JOHN SCHOLTZ, was represented by BRIAN PATRICK REILLY, AFPD.

The defendant pleaded guilty to count(s) One(1) & Two (2) of the INFORMATION on 3/27/2017.   Accordingly, the court has adjudicated that the defendant is guilty of the following offense(s):

| Title & Section | Nature of Offense | Date of Offense | Count Number(s) |
|---|---|---|---|
| 18:1343 and 2 | WIRE FRAUD | 2/2012-1/2016 | 1 |
| 18:1957 and 2 | ENGAGING IN MONETARY TRANSACTIONS | 6/5/2015 | 2 |

As pronounced on August 29, 2017, the defendant is sentenced as provided in pages 2 through 18 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant must pay to the United States a special assessment of $100.00 for count(s) 1 & 2, for a total of $200.00 which shall be due immediately.  Said special assessment shall be made payable to the Clerk, U.S. District Court.

It is further ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States attorney of any material change in economic circumstances.

Signed this 29th day of August, 2017.

Freda L. Wolfson
U.S. District Judge

08263

Defendant: JOHN SCHOLTZ
Case Number: 3:17-CR-00103-FLW-1

Judgment - Page 2 of 18

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of 66 months, on each of counts one and two, to be served concurrently to the extent necessary to produce a total term of 66 months.

The Court makes the following recommendations to the Bureau of Prisons: that the defendant be place in a facility located in New Jersey to be close to his family and that he participate in the Residential Drug Abuse Program (RDAP) as deemed appropriate by the Bureau of Prisons.

The defendant will surrender for service of sentence at the institution designated by the Bureau of Prisons on a date not earlier than October 2, 2017.

## RETURN

I have executed this Judgment as follows:
_____
_____
_____
_____

Defendant delivered on _____ To _____
At _____, with a certified copy of this Judgment.

_____
United States Marshal

By _____
Deputy Marshal

Case 3:17-cr-00103-FLW   Document 23   Filed 08/30/17   Page 3 of 18 PageID: 79
AO 245B (Mod. D/NJ 12/06) Sheet 3 - Supervised Release

Judgment - Page 3 of 18

Defendant: JOHN SCHOLTZ
Case Number: 3:17-CR-00103-FLW-1

## SUPERVISED RELEASE

Upon release from imprisonment, you will be on supervised release for a term of two (2) years, this term consists of terms of two (2) years on each of counts one and two, all such terms to run concurrently.

Within 72 hours of release from custody of the Bureau of Prisons, you must report in person to the Probation Office in the district to which you are released.

While on supervised release, you must not commit another federal, state, or local crime, must refrain from any unlawful use of a controlled substance and must comply with the mandatory and standard conditions that have been adopted by this court as set forth below.

You must submit to one drug test within 15 days of commencement of supervised release and at least two tests thereafter as determined by the probation officer.

You must cooperate in the collection of DNA as directed by the probation officer

If this judgment imposes a fine, special assessment, costs, or restitution obligation, it is a condition of supervised release that you pay any such fine, assessments, costs, and restitution that remains unpaid at the commencement of the term of supervised release and must comply with the following special conditions:

ALCOHOL/DRUG TESTING AND TREATMENT

You must refrain from the illegal possession and use of drugs, including prescription medication not prescribed in your name, and the use of alcohol, and must submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that you must submit to evaluation and treatment, on an outpatient or inpatient basis, as approved by the U.S. Probation Office. You must abide by the rules of any program and must remain in treatment until satisfactorily discharged by the Court. You must alert all medical professionals of any prior substance abuse history, including any prior history of prescription drug abuse. The U.S. Probation Office will supervise your compliance with this condition.

MENTAL HEALTH TREATMENT

You must undergo treatment in a mental health program approved by the U.S. Probation Office until discharged by the Court. As necessary, said treatment may also encompass treatment for gambling, domestic violence and/or anger management, as approved by the U.S. Probation Office, until discharged by the Court. The U.S. Probation Office will supervise your compliance with this condition.

NEW DEBT RESTRICTIONS

You are prohibited from incurring any new credit charges, opening additional lines of credit, or incurring any new monetary loan, obligation, or debt, by whatever name known, without the approval of the U.S. Probation Office. You must not encumber or liquidate interest in any assets unless it is in direct service of the fine and/or restitution obligation or otherwise has the expressed approval of the Court.

SELF-EMPLOYMENT/BUSINESS DISCLOSURE

You must cooperate with the U.S. Probation Office in the investigation and approval of any position of self-employment, including any independent, entrepreneurial, or freelance employment or business activity. If approved for self-employment, you must provide the U.S. Probation Office with full disclosure of your self-employment and other business records, including, but not limited to, all of the records identified in the Probation Form 48F (Request for Self Employment Records), or as otherwise requested by the U.S. Probation Office.

Defendant: JOHN SCHOLTZ
Case Number: 3:17-CR-00103-FLW-1

# STANDARD CONDITIONS OF SUPERVISION

As part of your supervised release, you must comply with the following standard conditions of supervision. These conditions are imposed because they establish the basic expectations for your behavior while on supervision and identify the minimum tools needed by probation officers to keep informed, report to the court about, and bring about improvements in your conduct and condition.

1) You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of your release from imprisonment, unless the probation officer instructs you to report to a different probation office or within a different time frame.

2) After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.

3) You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer.

4) You must answer truthfully the questions asked by your probation officer.

5) You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.

6) You must allow the probation officer to visit you at any time at your home or elsewhere, and you must permit the probation officer to take any items prohibited by the conditions of your supervision that he or she observes in plain view.

7) You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from doing so. If you do not have fulltime employment you must try to find full-time employment, unless the probation officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.

8) You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer.

9) If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.

10) You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e.. anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).

11) You must not act or make any agreement with a law enforcement agency to act as a confidential human source or informant without first getting the permission of the court.

12) If the probation officer determines that you pose a risk to another person (including an organization), the probation officer may require you to notify the person about the risk and you must comply with that instruction. The probation officer may contact the person and confirm that you have notified the person about the risk.

Defendant: JOHN SCHOLTZ
Case Number: 3:17-CR-00103-FLW-1

Judgment - Page 5 of 18

# STANDARD CONDITIONS OF SUPERVISION

13) You must follow the instructions of the probation officer related to the conditions of supervision.

---

*For Official Use Only - - - U.S. Probation Office*

Upon a finding of a violation of probation or supervised release, I understand that the Court may (1) revoke supervision or (2) extend the term of supervision and/or modify the conditions of supervision.

These conditions have been read to me. I fully understand the conditions, and have been provided a copy of them.

You shall carry out all rules, in addition to the above, as prescribed by the Chief U.S. Probation Officer, or any of his associate Probation Officers.

(Signed)_____
                Defendant                                    Date


_____
U.S. Probation Officer/Designated Witness        Date

AO 245B (Mod. D/NJ 12/06) Sheet 6 - Restitution and Forfeiture
Case 3:17-cr-00103-FLW   Document 23   Filed 08/30/17   Page 6 of 18 PageID: 82

Defendant: JOHN SCHOLTZ
Case Number: 3:17-CR-00103-FLW-1

Judgment - Page 6 of 18

# RESTITUTION AND FORFEITURE

## RESTITUTION

The defendant shall make restitution in the amount of $9,566,460.79. Payments should be made payable to the **U.S. Treasury** and mailed to Clerk, U.S.D.C., 402 East State Street, Rm 2020, Trenton, New Jersey 08608, for proportionate distribution to the following victims in the following amounts:

**Name of Payee (Victim)**

| Victim | Restitution |
|---|---|
| City of Trenton<br>319 E. State Street<br>Trenton, NJ 08608-1809<br>Attn: Janet Shoenhaar | $863,317.24 |
| Philadelphia Academy Charter School<br>11000 Roosevelt Boulevard<br>Philadelphia, PA 19116-3961<br>Attn: Annamaria Sigemann | $220,603.07 |
| Mariana Bracetti Academy Charter School<br>1840 Torresdale Avenue<br>Philadelphia, PA 19124<br>Attn: Angela Villani | $268,247.90 |
| Tacony Neighborhood Charter School<br>1330 Rhawn Street<br>Philadelphia, PA 19111<br>Attn: Ashley Redfearn-Neswick | $230,308.17 |
| Automotive Training Center, Inc.<br>114 Pickering Way<br>Exton, PA 19341-1310<br>Attn: Sandhya M. Feltes, Esq. | $140,614.08 |
| Mathematics Science & Technology Community Charter School<br>1800 Byberry Road<br>Philadelphia, PA 19116-3012<br>Attn: Gerald L. Santilli | $228,782.91 |
| Philadelphia Charter School for the Arts & Science at H.R. Edmunds<br>1197 Haworth Street<br>Philadelphia, PA 19124-2505<br>Attn: Gerald L. Santilli | $213,908.63 |
| A-1 Tablecloth Company<br>450 Huyler Street, Suite 102<br>South Hackensack, NJ 07606-1557<br>Attn: Jeff Andacht | $189,050.94 |

| | |
|---|---|
| Global Leadership Academy Charter School<br>4601 W Girard Avenue<br>Philadelphia, PA 19131-4615<br>Attn: Dr. Naomi Booker | $198,363.74 |
| Independence Charter School<br>1600 Lombard Street<br>Philadelphia, PA 19146-1507<br>Attn: Thomas Scheid | $197,606.49 |
| Executive Education Academy Charter School<br>555 Union Blvd<br>Allentown, PA 18109-3389<br>Attn: Rober Lysek | $174,754.58 |
| Philadelphia Performing Arts & String Theory<br>1600 Vine Street<br>Philadelphia, PA 19102-1100<br>Attn: Gerald L. Santilli | $207,855.96 |
| Casmir Care Services, Inc.<br>4950 Parkside Avenue, Suite 400<br>Philadelphia, PA 19131-4700<br>Attn: Betty Thomas | $124,561.18 |
| First Philadelphia Preparatory Charter<br>4300 Tacony Street<br>Philadelphia, PA 19124-4134<br>Attn: Gerald L. Santilli | $177,764.28 |
| New Foundations Charter School<br>8001 Torresdale Avenue<br>Philadelphia, PA 19136-2917<br>Attn: Gerald L. Santilli | $118,000.00 |
| Smith Party Rentals, LLC<br>133 Mason Street<br>Greenwich, CT 06830-6605<br>Attn: Michael Stelluti | $94,729.93 |
| Friedberg Eye Associates PA<br>661 N. Broad Street<br>Woodbury, NJ 08096-1621<br>Attn: Claudia Ruggeri | $120,217.80 |
| Mendelsohn Dunleavy PC<br>1500 John F. Kennedy Boulevard<br>Suite 312<br>Philadelphia, PA 19102<br>Attn: Steve Mendelsohn | $101,185.73 |
| Memphis Street Academy Charter School<br>2950 Memphis Street | $130,230.62 |

Case 3:17-cr-00103-FLW   Document 23   Filed 08/30/17   Page 8 of 18 PageID: 84
AO 245B (Mod. D/NJ 12/06) Sheet 6 - Restitution and Forfeiture

Defendant: JOHN SCHOLTZ
Case Number: 3:17-CR-00103-FLW-1

Judgment - Page 8 of 18

| | |
|---|---|
| Philadelphia, PA 19134-4314<br>Attn: Gerald L. Santilli | |
| String Theory Schools<br>1600 Vine Street<br>Philadelphia, PA 19102-1100<br>Attn: Angela Corosanite | $106,219.99 |
| Kastle Philadelphia Joint Venture<br>(d/b/a Integrity Systems, Inc.)<br>2325 Fairmount Avenue<br>Philadelphia, PA 19130-2515<br>Attn: Mary Adams | $31,384.57 |
| Richard Allen Preparatory Charter School, Inc.<br>2601 South 58th Street<br>Philadelphia, PA 19143-6146<br>Attn: John E. Reilly | $64,769.29 |
| Green Woods Charter School<br>468 Domino Lane<br>Philadelphia, PA 19128-4363<br>Attn: Dr. Leroy Nunnery | $86,843.66 |
| 1200 Arch Hotel Operations, LLC<br>1200 Arch Street<br>Philadelphia, PA 19107-2816<br>Attn: Rene Poobalan | $74,128.35 |
| Keystone Academy Charter School<br>6649 Tulip Street<br>Philadelphia, PA 19135-2835<br>Attn: Dr. Claudia Lyles | $85,980.83 |
| United Hospital Supply<br>P.O. Box 1238<br>Burlington, NJ 08016-0838<br>Attn: Susan Stradling | $65,732.83 |
| Architecture & Design High School of Philadelphia<br>105 S. 7th Street<br>Philadelphia, PA 19106-3324<br>Attn: Gerald L. Santilli | $88,484.55 |
| W.F. Smith, Inc.<br>7310 State Road<br>Philadelphia, PA 19136-4220<br>Attn: Suzanne Garvey | $65,790.67 |
| Eastern University Academy Charter School<br>3300 Henry Avenue<br>Philadelphia, PA 19129-1121<br>Attn: Omar Barlow | $69,348.72 |
| American Paradigm Schools | $70,856.54 |

Case 3:17-cr-00103-FLW   Document 23   Filed 08/30/17   Page 9 of 18 PageID: 85
AO 245B (Mod. D/NJ 12/06) Sheet 6 - Restitution and Forfeiture

Judgment - Page 9 of 18

Defendant: JOHN SCHOLTZ
Case Number: 3:17-CR-00103-FLW-1

| | |
|---|---|
| 8101 Castor Avenue<br>Philadelphia, PA 19152<br>Attn: Richard Trzaska | |
| Great Socks, LLC<br>1125 Wright Avenue<br>Camden, NJ 08103<br>Attn: Michael Lane | $51,385.84 |
| Deaton Truck & Tire Service, Inc.<br>2515 Cedartown Hwy SE<br>Rome, GA 30161-3893<br>Attn: Jennifer Deaton | $58,230.22 |
| Epilogue Systems, LLC<br>500 Office Center Drive, Suite 400<br>Ft. Washington, PA 19034-3234<br>Attn: Bob Moore | $55,921.73 |
| Santilli & Thomson, LLC<br>601 Route 73 North, Suite 302<br>Marlton, NJ 08053-3470<br>Attn: Michael C. Thomson | $51,365.63 |
| Margaritaville Music, Inc.<br>910 Greentree Square<br>Route 73 North<br>Marlton, NJ 08053<br>Attn: Chip Heuisler | $44,365.00 |
| Longview Construction, LLC<br>328 Buttonwood Street<br>Reading, PA 19601-3225<br>Attn: Joanna Davidson | $33,849.79 |
| General David B. Birney Charter School<br>900 Lindley Avenue<br>Philadelphia, PA 19141-3920<br>Attn: Kareem Thomas | $53,142.02 |
| Joseph K. Vargo, DMD<br>419 E. 2nd Avenue<br>Rome, GA 30161-3223<br>Attn: Katie Schiengler | $44,257.77 |
| Cherokee Construction Co.<br>820 Paper Mill Road<br>Wyndmoor, PA 19038<br>Attn: Robin Brockuan | $32,678.45 |
| Progenra, Inc.<br>277 Great Valley Pkwy<br>Malvern, PA 19355-1308<br>Attn: William Hiltner | $39,396.76 |
| JDJ Construction Management, Inc.<br>276 Rhoads Avenue | $28,515.19 |

| | |
|---|---|
| Haddonfield, NJ 08033-1471<br>Attn: Joe Matera | |
| Stokesay Castle, LLC<br>141 Stokesay Castle Lane<br>Philadelphia, PA 19606-9183<br>Attn: Chris Cappel | $29,264.95 |
| Tom LaCroix Agency, LLC<br>2391 Orthodox Street<br>Philadelphia, PA 19137<br>Attn: Joseph M. Armstrong, Esq. | $27,024.87 |
| Philadelphia Reserve Supply Company, Inc.<br>200 Mack Drive<br>Croydon, PA 19021<br>Attn: Charlie Gormley | $25,627.28 |
| Paul E. Rubin, DCPC<br>1420 Walnut Street, Suite 1404<br>Philadelphia, PA 19102-4014 | $29,866.77 |
| Payne Capital Management, LLC<br>231 West 29th Street, Room 1002<br>New York, NY 10001-5467<br>Attn: Barbra Brenton | $22,659.50 |
| Teamsters Local 830 Pension Fund<br>12298 Townsend Rd<br>Philadelphia, PA 19154-1203<br>Attn: Eric Tenbroeck, CPA | $20,198.71 |
| Mariner, LLC<br>2719 Coltsgate Road<br>Charlotte, NC 28211-3502<br>Attn: Joe Guy | $21,951.03 |
| Shechtman Tree Care, LLC<br>1722 Rockwell Road<br>Abington, PA 19001-1721<br>Attn: Zach and Catherine Shechtman | $32,138.85 |
| Dynaflo, Inc.<br>10 Vanguard Drive, Suite 20<br>Reading, PA 19606-3763<br>Attn: Bill Flemming | $19,615.05 |
| Marco's Restaurant, Inc.<br>3 Crispin Road<br>Lumberton, NJ 08048<br>Attn: Dean Marco | $21,146.86 |
| JCB Management Company, LLC<br>1200 Arch Street<br>Philadelphia, PA 19107-2816<br>Attn: Rene Poobalan | $18,867.97 |
| Maria C. Bucco | $20,347.00 |

AO 245B (Mod. D/NJ 12/06) Sheet 6 - Restitution and Forfeiture
Case 3:17-cr-00103-FLW   Document 23   Filed 08/30/17   Page 11 of 18 PageID: 87

Judgment - Page 11 of 18

Defendant: JOHN SCHOLTZ
Case Number: 3:17-CR-00103-FLW-1

| | | |
|---|---|---|
| (formerly Maria C. Bucco, DO/PC)<br>130 Yearsley Mill Road<br>Media, PA 19063 | | |
| Montage Diversity Consultants, LLC<br>513 N 39th Street<br>Philadelphia, PA 19104-4601<br>Attn: Sharon H. Burke | | $17,140.14 |
| Empire Building Products, Inc.<br>2741 Bernville Road<br>Leesport, PA 19533<br>Attn: Melinda O'Neill | | $15,840.88 |
| Judith Creed Homes for Adult Independence<br>274 S Bryn Mawr Avenue<br>Bryn Mawr, PA 19010-2105<br>Attn: Stacey Lavitan | | $10,979.65 |
| GMI First, Inc.<br>328 Buttonwood Street<br>Reading, PA 19601-3225<br>Attn: Joan Rowley | | $17,111.76 |
| Grace Tarr Corporation<br>164 Berkley Road, Suite B<br>Clarksboro, NJ 08020-1064<br>Attn: Kathy Tarr | | $22,761.41 |
| Mark Esser, VMD PA (Rothman Animal Hospital)<br>730 McElwee Road<br>Moorestown, NJ 08057 | | $18,706.89 |
| Abzyme Therapeutics, LLC (d/b/a TRCH Biologics, LLC)<br>321 Jones Boulevard<br>Pottstown, PA 19464-3468<br>Attn: Hiep Tran | | $5,784.70 |
| Law Offices of Peter Klenk<br>1701 Walnut Street, Floor 6<br>Philadelphia, PA 19103 | | $9,787.80 |
| De La Ronde Medical Center, LLC<br>8050 W. Judge Perez Drive, Suite 3100<br>Chalmatte, LA 70043-1740 | | $9,283.06 |
| Paper Mill Road, LLC<br>820 Paper Mill Rd<br>Wyndmoor, PA 19038<br>Attn: Robin Brockuan | | $8,979.92 |
| Glen E Doyon, DMD PLLC<br>10752 N. 89th Place, Suite 117<br>Scottsdale, AZ 85260-6743 | | $8,894.84 |

Case 3:17-cr-00103-FLW Document 23 Filed 08/30/17 Page 12 of 18 PageID: 88
AO 245B (Mod. D/NJ 12/06) Sheet 6 - Restitution and Forfeiture

Judgment - Page 12 of 18

Defendant: JOHN SCHOLTZ
Case Number: 3:17-CR-00103-FLW-1

| | |
|---|---|
| Charter Partners United States, Inc.<br>545 Browns Drive<br>Williams Twp., PA 18042<br>Attn: Pattie Cowley | $7,863.50 |
| SA Hockey Associates, LLC<br>700 Penn Street<br>Reading, PA 19602<br>Attn: Heather Hefty | $6,955.09 |
| Vinings Lake Baptist Church, Inc.<br>75 Cooper Lake Road SE<br>Mableton, GA 30126-1801<br>Attn: Brad McLean | $7,874.84 |
| Perren, LLC<br>695 Korisa Drive<br>Huntingdon Valley, PA 19006-2225<br>Attn: John Sholoh | $6,627.70 |
| Lightning Packs, LLC<br>150 Strafford Avenue, Suite 112<br>Wayne, PA 19087-3114<br>Attn: Josephine Leung | $6,200.87 |
| Articolo Orthodontics Professional Assoc.<br>233 S. Blackhorse Pike<br>Blackwood, NJ 08012-2950<br>Attn: Laurence C. Articolo, DDS | $7,077.53 |
| Lifesensors, Inc.<br>271 Great Valley Parkway<br>Malvern, PA19355-1308<br>Attn: William Hiltner | $5,619.27 |
| Hershman Present & Klein DMD PC<br>311 Summneytown Pike, Suite 2-C<br>North Wales, PA 19454<br>Attn: Ronald Klein | $5,258.31 |
| Orthopaedic Specialists Surgi Center, LLC<br>1096 Old Churchmans Road<br>Newark, DE 19713-2102<br>Attn: Jane Boudart | $6,253.26 |
| Curlee's Fish House & Oyster Bar<br>227 Broad Street<br>Rome, GA 30161<br>Attn: Charles Jason Curlee | $5,182.33 |
| L-A Liberty Square Associates LP<br>105 S 7th Street<br>Philadelphia, PA 19106-3324<br>Attn: Gerald L. Santilli | $5,430.58 |
| Weeks-Wiliams-Devore, Inc. | $4,475.27 |

| | |
|---|---|
| P.O. Box 987<br>Matthews, NC 28106-0987<br>Attn: Wendy Stafford | |
| Keystone Alliance for Public Charter Schools<br>212 N. 3rd Street, Suite 101<br>Harrisburg, PA 17101-1505<br>Attn: Gerald L. Santilli | $4,536.08 |
| Scientific Innovations, Inc.<br>6 Derringdale Road<br>Radnor, PA 19087-2853<br>Attn: John Spiesberger | $4,205.39 |
| Kanter Bernstein & Kardon PC<br>1617 JFK Boulevard, Suite 1150<br>Philadelphia, PA 19103-1843<br>Attn: Martin Kardon | $14,416.37 |
| Renper, LLC<br>695 Korisa Drive<br>Huntingdon Valley, PA 19006-2225<br>Attn: John Shiloh | $4,297.66 |
| Tampa Food Truck Rally, Inc.<br>P.O. Box 320072<br>Tampa, FL 33679<br>Attn: Michael Blasco | $3,705.18 |
| Bucceri & Pincus, Esqs.<br>300 Broadacres Drive, Suite 210<br>Bloomfield, NJ 07003-3712<br>Attn: Sheldon Pincus | $3,122.96 |
| Willow Creek Stoneworks and Supply, LLC<br>74 Willow Creek Road<br>Reading, NJ 19605-9203<br>Attn: Tammy Phillip | $3,672.53 |
| C T Recycling Corporation<br>5212 Industrial Court SE<br>Smyrna, GA 30080<br>Attn: Chuck Cureton | $3,426.30 |
| CJC, Inc. (Fuddruckers)<br>595 Riverside Parkway NE<br>Rome, GA 30161-2903<br>Attn: Charles Jason Curlee | $3,517.56 |
| Apex Inspections, Inc.<br>PO Box 63827<br>Philadelphia, PA 17147-7827<br>Attn: Patrick Borkowski | $4,319.03 |
| Isaac Newtown Foundation<br>1800 Byberry Road | $3,295.59 |

Defendant: JOHN SCHOLTZ
Case Number: 3:17-CR-00103-FLW-1

| | |
|---|---|
| Philadelphia, PA 19116-3012<br>Attn: Michael C. Thomson | |
| Nester and Wyckoff LLP<br>200 E. Mantua Avenue<br>Wenonah, NJ 08090<br>Attn: Claire Andrews | $3,279.29 |
| Berkshire Heights Fire Co.<br>808 N. Park Road<br>Reading, PA 19610-1304<br>Attn: Mike Paulson | $2,936.53 |
| Mednick Mezyk & Kredo PC<br>Two Penn Center Plaza, Suite 1700<br>1500 John F. Kennedy Boulevard<br>Philadelphia, PA 19102<br>Attn: Michael Mednick | $3,210.75 |
| Sunnybrook, LLC<br>50 N. Sunnybrook Road<br>Pottstown, PA 19464-2946<br>Attn: Chris Cappel | $2,225.00 |
| LMT Corp of Pennsylvania<br>1125 Wright Avenue<br>Camden, NJ 08103<br>Attn: Jeff Tarnoff | $3,953.93 |
| Jeff's Personal Touch Lawn Care &<br>Landscaping, LLC<br>8 Andover Drive<br>Medford, NJ 08055-4036<br>Attn: Michelle Coolahan | $2,291.62 |
| NWGA Center for Independent Living<br>527 Broad Street, Suite 101<br>Rome, GA 30165-2851<br>Attn: Maia Santamaria | $1,996.95 |
| Hershman Family Dentistry, LLC<br>630 Germantown Pike<br>LaFayette Hill, PA 19444-1642<br>Attn: Hal Hershman | $18,019.32 |
| Office Furniture Center, Inc.<br>2117 W Kennedy Boulevard<br>Tampa, FL 33606-1534<br>Attn: Edwin Celeiro | $2,000.39 |
| Dimensions Wealth Partners, Inc.<br>405 N. Reo Street, Suite 200<br>Tampa, FL 33609-1038<br>Attn: Darcy Ecklund | $1,611.99 |
| Wyomissing Church of the Brethren<br>2200 State Hill Road<br>Reading, PA 19610-1904 | $1,537.80 |

Case 3:17-cr-00103-FLW   Document 23   Filed 08/30/17   Page 15 of 18 PageID: 91
AO 245B (Mod. D/NJ 12/06) Sheet 6 - Restitution and Forfeiture

Judgment - Page 15 of 18

Defendant: JOHN SCHOLTZ
Case Number: 3:17-CR-00103-FLW-1

| | | |
|---|---|---|
| Attn: Barbara Kuhns | | |
| Neighborhood Film Company, LLC<br>2000 Hamilton Street, Suite 725<br>Philadelphia, PA 19130-3814<br>Attn: Rachael Courtney | | $1,559.12 |
| Welcome America, Inc.<br>1650 Market Street, Suite 2800<br>Philadelphia, PA 19103<br>Attn: Corey Blum | | $1,444.15 |
| Glaser Amusement, Inc.<br>1463 S. Belcher Road<br>Clearwater, FL 33764-2829<br>Attn: Jeffrey M Glaser | | $1,454.98 |
| Helen DeSimone (d/b/a Jadore Nail & Spa)<br>444 Hurfville Crosskeys Road<br>Sewell, NJ 08080-2372 | | $1,429.52 |
| Frozen Desserts, LLC<br>39 Friends Avenue<br>Haddonfield, NJ 08033-1507 | | $1,329.80 |
| Baltimore Select Properties, LLC<br>211 E. Lombard Street, Suite 246<br>Baltimore, MD 21202-6102<br>Attn: William Travis Seal | | $1,167.23 |
| Insta Quick Oil Change, Inc.<br>5200 Park Boulvard<br>Pinellas Park, FL 3781-3417<br>Attn: Dimitrios Neos | | $1,018.26 |
| Hamilton Cosmetic and Implant Dentistry PC<br>2725 Hamilton Mill Road<br>Buford, GA 30519-4187<br>Attn: Bolivar Luperon | | $2,560.65 |
| Janet S Berson, PhD<br>715 East Main Street, Suite D<br>Moorestown, NJ 08057-3031 | | $839.57 |
| Medical Transporters of Georgia, Inc.<br>825 Gil Harbin Industrial Boulevard<br>Valdosta, GA 31601<br>Attn: Janice Warhurst | | $2,925.87 |
| Al Kliesh Trucking, LLC<br>169 Floral Drive<br>Morrisville, PA 19067-5955<br>Attn: Allen Kliesh | | $718.33 |
| B & J BBQ, Inc. (Buffalo Bills BBQ)<br>416 Sicklerville Road, Suite 8<br>Sicklerville, NJ 08081-2556 | | $824.84 |

| | |
|---|---|
| Attn: Scott Jemison | |
| Law Offices of Alan S. Readinger<br>645 Penn Street, Suite 501<br>Reading, PA 19601-3559<br>Attn: Sharon Denapoli | $380.86 |
| Glaser's Copper Mug, Inc. (Copper Mug Liquors)<br>1463 S. Belcher Road<br>Clearwater, FL 33764-2829<br>Attn: Jeffrey M Glaser | $335.54 |
| Design Security Systems, Inc.<br>5575 Mt. Vernon Parkway NW<br>Atlanta, GA 30327 | $787.99 |
| Highland Custom Homes, LLC<br>4045 Saint Michelle Lane<br>Alpharetta, GA 30004-7175<br>Attn: Martin Anker | $679.42 |
| Provar Services, Inc.<br>1060 Third Street<br>Stone Mountain, GA 30083 | $440.18 |
| Circle of Independence<br>1052 Fawn Court<br>Oldsmar, FL 34677-6317<br>Attn: Janice A. Stammer | $72.95 |
| Georgia Association of Latino Elected Officials<br>P.O. Box 29506<br>Altanta, GA 30359-0506<br>Attn: Jerry Gonzalez | $130.06 |
| York Risk Services Group<br>P.O. Box 183188<br>Columbus, OH 43218-3188<br>Attn: Paul Blaufuss<br>*Insurance Losses for Original Victim: Smith Party Rentals, LLC* | $14,000.00 |
| Travelers Casualty and Surety Company<br>One Tower Square, Mail Drop S202A<br>Hartford, CT 06183<br>Attn: Sheryl Cole<br>*Insurance Losses for Original Victim: Kastle Philadelphia Joint Venture* | $51,000.00 |
| Internal Revenue Service<br>IRS – RACS<br>Attn: Mail Stop 6261 Restitution<br>333 W. Pershing Avenue<br>Kansas City, MO 64108 | $6,000.00 |

AO 245B (Mod. D/NJ 12/06) Sheet 6 - Restitution and Forfeiture
Case 3:17-cr-00103-FLW   Document 23   Filed 08/30/17   Page 17 of 18 PageID: 93

Judgment - Page 17 of 18

Defendant: JOHN SCHOLTZ
Case Number: 3:17-CR-00103-FLW-1

| | |
|---|---|
| *Tax Losses for Original Victim: Judith Creed Homes for Adult Independence* | |
| Internal Revenue Service<br>IRS – RACS<br>Attn: Mail Stop 6261 Restitution<br>333 W. Pershing Avenue<br>Kansas City, MO 64108<br>*Tax Losses for Original Victim: City of Trenton* | $3,568,233.16 |
| **Total** | **$9,566,460.79** |

    The restitution is due immediately. It is recommended that you participate in the Bureau of Prisons Inmate Financial Responsibility Program (IFRP). If you participate in the IFRP, the restitution will be paid from those funds at a rate equivalent to $25 every 3 months. In the event the entire restitution is not paid prior to the commencement of supervision, you must satisfy the amount due in monthly installments of no less than $150, to commence 30 days after release from confinement.

    Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

    Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) JVTA assessment, (8) penalties, and (9) costs, including cost of prosecution and court costs.

Defendant: JOHN SCHOLTZ
Case Number: 3:17-CR-00103-FLW-1

Judgment - Page 18 of 18

# RESTITUTION AND FORFEITURE

## FORFEITURE

The defendant is ordered to forfeit the following property to the United States:

Consent Judgment of Forfeiture to be filed

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) JVTA assessment, (8) penalties, and (9) costs, including cost of prosecution and court costs.